ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona
SANDRA M. HANSEN
Assistant U.S. Attorney
Arizona State Bar No. 009471
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: sandra.hansen@usdoj.gov
Attorneys for Plaintiff

FILED____LODGED
____RECEIVED____COPY

2012 JUN -7 P 3:3

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT
DISTRICT OF ARIZONA

CKJ/DTF

| | |
|---|---|
| United States of America, | CR12-1285 TUC |
| Plaintiff, | **I N D I C T M E N T** |
| v. | Violation: |
| Cheryl A. Molera, | 18 U.S.C. § 641 |
| Defendant. | (Theft of Public Money or Property) |

VICTIM

**THE GRAND JURY CHARGES:**

**COUNT ONE**

From a date unknown but at least from May 2007 through June 25, 2009, at or near Tucson, in the District of Arizona, the defendant, CHERYL A. MOLERA, willfully and knowingly did steal and purloin stamp inventory, of the value of $ 76,526.94, of the goods and property of the United States, which said property had come into the possession and under the care of CHERYL A. MOLERA by virtue of her employment as a United States Postal Service

Window Service Technician, T-6 Clerk, that is: by utilizing the Point of Sale system to manipulate the stamp inventory control system, in violation of 18 United States Code, Section 641.

A TRUE BILL

/s/
Presiding Juror

ANN BIRMINGHAM SCHEEL
Acting United States Attorney
District of Arizona

JUN 0 7 2012

/s/

Sandra M. Hansen
Assistant U.S. Attorney

United States vs. MOLERA
Indictment